IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL V. UBALDI,

    Plaintiff,               No. 2:11-cv-02132 GEB KJN

    v.

OTISMED CORPORATION, et al.,

    Defendants.         <u>ORDER</u>

_____/

        The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: August 12, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

1