**SEDGWICK LLP**
WAYNE A. WOLFF (State Bar No.161351)
wayne.wolff@sedgwicklaw.com
DAVID D. MESA (State Bar No. 257488)
david.mesa@sedgwicklaw.com
333 Bush Street, 20th Floor
San Francisco, CA 94104
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
STRYKER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL V. UBALDI,<br><br>       Plaintiff,<br><br>    v.<br><br>OTISMED CORPORATION; STRYKER CORPORATION; and DOES 1 through 50,<br><br>       Defendant. | Case No.  2:11-CV-02132-GEB-KJN<br><br>**STIPULATION FOR REMAND AND [PROPOSED] ORDER** |

      The parties, by and through their attorneys of record, as set forth below, hereby stipulate and agree as follows:

      1.    On or about May 24, 2011, an action was commenced in the Superior Court of the State of California, County of Sacramento, entitled *Michael V. Ubaldi v. Otismed Corporation, Stryker Corporation, and Does 1 through 50*, Case No. 34-2011-00103900.

      2.    On August 11, 2011, defendant Stryker Corporation removed the above-entitled action to this Court pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(a).

      3.    On September 12, 2011, plaintiff Michael V. Ubaldi filed his motion to remand the action to the Superior Court of the State of California, County of Sacramento, asserting the lack of diversity among defendants supporting removal jurisdiction.

      4.    After investigating the issue, counsel for defendant Stryker Corporation determined a mistake had been made regarding the corporate status of defendant Otismed

1 Corporation as it existed at the time of removal.  While Stryker Corporation, a Michigan
2 corporation, had previously purchased its assets, Otismed Corporation remains registered with
3 the State of California as an active corporation.  Accordingly, due to the discovery of this
4 information the parties hereby stipulate to remand this action to the Superior Court of the State of
5 California, County of Sacramento.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   DATED:  September 20, 2011         SEDGWICK LLP

2

3                                      By: /S/ Wayne A. Wolff
                                           WAYNE A. WOLFF
4                                          DAVID D. MESA
                                           Attorneys for Defendant
5                                          STRYKER CORPORATION

6
    DATED:  September 20, 2011         UBALDI & MCPHERSON, LLP
7

8

9                                      By:/S/ Michael Ubaldi
                                           MICHAEL V. UBALDI
                                           DENNIS MCPHERSON
10                                         DIANA N. CONNAUGHTON
                                           Attorneys for Plaintiffs
11                                         MICHAEL V. UBALDI

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
**STIPULATION FOR REMAND AND [PROPOSED] ORDER**

SF/2421349v1

# ORDER

Based on the stipulation of the parties, this case is hereby remanded to the Superior Court of California, County of Sacramento, Case Number 34-2011-00103900.

**SO ORDERED**.

DATED: September 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge